Certificate Number: 05781-NJ-DE-041583325

Bankruptcy Case Number: 26-18883

05781-NJ-DE-041583325

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2026, at 10:33 o'clock PM PDT, Oral Innerarity completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President